IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANDRE ANTHONY REID,**

    Petitioner,

v.                                                             Civil Action No. **3:23CV582**

**JEFFREY CRAWFORD,**

    Respondent.

**MEMORANDUM OPINION**

    By Memorandum Order entered on September 21, 2023, the Court conditionally docketed Petitioner's action. On October 4, 2023, the United States Postal Service returned the September 21, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER." The trust account form provided by the institution indicates that Petitioner was "Released to ICE." (ECF No. 4, at 1.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                       /s/ RCY
                                                                  Roderick C. Young
Date: October 13, 2023                                          United States District Judge
Richmond, Virginia